441 F.2d 266
 Lucinda COBB, individually and on behalf of Carl Palmer, et al., etc., Plaintiffs-Appellants,
v.
The DEPARTMENT OF PUBLIC WELFARE et al., Defendants-Appellees.
 No. 71-1261. Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 May 7, 1971.
 
 Appeal from the United States District Court for the Middle District of Florida; Ben Krentzman, District Judge.
 Enrique Escarraz, III., R. Lawrence DeFrances, John B. Platt, III, Fort Myers, Fla., for plaintiffs-appellants.
 S. Strome Maxwell, Asst. Atty. Gen., Michael Schwartz, Robert L. Shevin, Atty. Gen., Tallahassee, Fla., for defendants-appellees.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966